**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 54 WAL 2022
                                                       :
          Respondent                       :
                                                       :   Petition for Allowance of Appeal
                                                     :   from the Order of the Superior Court
          v.                               :
                                                         :
RICHARD ANDRE KENNEDY,         :
                                                  :
          Petitioner                       :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.